**FILED**
Jul 15, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x;"<br>TELVIN BREAUX, aka "AJ" and "Lilcup;" and<br>HOLLY WHITE,<br><br>              Defendants. | CASE NO. 1:21-cr-00184-DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 15, 2021 charging the above defendant with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (Two Counts); 18 U.S.C. §§ 1028A(a)(1) and 2 – Aggravated Identity Theft and Aiding and Abetting (Two Counts); 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(C) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding

of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: July 15, 2021

                        Respectfully submitted,

                        PHILLIP A. TALBERT
                        Acting United States Attorney

By   /s/ JOSEPH BARTON
      JOSEPH BARTON
      Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 15, 2021

                        ERICA P. GROSJEAN
                        U.S. Magistrate Judge