PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup," and<br>HOLLY WHITE,<br><br>Defendants. | CASE NO. 1:21-cr-00184-DAD-BAM<br><br>UNITED STATES' APPLICATION TO UNSEAL CASE |

The United States asks this Court to unseal the indictment, arrest warrant, and other court filings in this case. All defendants are now in law enforcement custody and will be scheduled for their initial appearances in this case beginning this afternoon. Therefore, the indictment, arrest warrant, and other court filings in this case must be unsealed to advise the defendants in open court of the charges filed against them.

///

///

///

1

| | | |
|---|---|---|
| 1 | DATED: July 21, 2021 | Very truly yours, |
| 2 | | |
| 3 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 4 | | |
| 5 | | */s/ Joseph Barton* |
| 6 | | JOSEPH BARTON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup," and<br>HOLLY WHITE,<br><br>                Defendants. | CASE NO. 1:21-cr-00184-DAD-BAM<br><br>ORDER RE UNITED STATES' APPLICATION TO UNSEAL CASE |

Good cause appearing due to the defendants' pending initial appearances in this Court, it is hereby ordered that the indictment, arrest warrant, and other court filings in this case be UNSEALED.

IT IS SO ORDERED.

DATED: July 21, 2021

                                                                  /s/ Sheila K. Oberto
                                                                  SHEILA K. OBERTO
                                                                  UNITED STATES MAGISTRATE JUDGE