IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>**DARYOL RICHMOND**, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"<br>**TELVIN BREAUX**, aka "AJ" and "Lilcup," and<br>**HOLLY WHITE**,<br>              Defendants. | Case No. 1:21-cr-00184-DAD-BAM |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: Daryol Derrick Richmond
Detained at: Kern Valley State Prison

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 USC 1349, 18 USC 1028A(a)(1)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FRIDAY, AUGUST 13, 2021, AT 2:00 P.M.***

| | |
|---|---|
| Signature: | */s/ Joseph Barton* |
| Printed Name & Phone No: | Joseph Barton, 559-892-8490 |
| Attorney of Record for: | United States |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 7/26/21                                */s/ Sheila K. Oberto*
                                                              Honorable Sheila K. Oberto
                                                              U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | "Nutcase," "Nuttcase," and "Nuttcase 3x" | ☒ Male ☐ Female | |
| Booking or CDC #: | CDCR # AP9213 | DOB: | 02/10/1991 |
| Facility Address: | 3000 West Cecil Avenue, Delano, CA | Race: | African-American |
| Facility Phone: | (661) 721-6300 | FBI#: | 373014JC8 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____          _____
                                                              (signature)