**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**DARYOL RICHMOND, aka "Nutcase,"<br>"Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup," and<br>HOLLY WHITE,**<br>                    Defendants. | Case No. 1:21-cr-00184-DAD-BAM |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Daryol Derrick Richmond
Detained at: Kern Valley State Prison

Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
       charging detainee with: 18 USC 1349, 18 USC 1028A(a)(1)
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☐ return to the custody of detaining facility upon termination of proceedings
  or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FRIDAY, AUGUST 13, 2021, AT 2:00 P.M.*

Signature: */s/ Joseph Barton*
Printed Name & Phone No: Joseph Barton, 559-892-8490
Attorney of Record for: United States

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum        ☐ Ad Testificandum

        The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  7/26/21                                  */s/ Sheila K. Oberto*
                                                Honorable Sheila K. Oberto
                                                U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s): | "Nutcase," "Nuttcase," and "Nuttcase 3x" | ☒ Male   ☐ Female | |
| Booking or CDC #: | CDCR # AP9213 | DOB: | 02/10/1991 |
| Facility Address: | 3000 West Cecil Avenue, Delano, CA | Race: | African-American |
| Facility Phone: | (661) 721-6300 | FBI#: | 373014JC8 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____          _____
                                                                                 (signature)