PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup," and<br>HOLLY WHITE,<br><br>Defendants. | CASE NO. 1:21-CR-00184-DAD-BAM<br><br>**STIPULATION BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION** |

WHEREAS, the discovery in this case contains a large amount of personal information including Social Security numbers, personal identification numbers, dates of birth, financial account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

///

///

STIPULATION AND ORDER                               1

THEREFORE, defendant DARYOL RICHMOND, by and through his counsel of record ("Defense Counsel"), and plaintiff the UNITED STATES, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority;

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery");

3. By signing this Stipulation, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted;

4. The discovery and information therein may be used only in connection with the litigation of this case including exhaustion of direct and collateral appellate proceedings and for no other purpose.  The discovery is now and will forever remain the property of the Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case including exhaustion of direct and collateral appellate proceedings;

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement;

6. Defense Counsel shall be responsible for advising the defendant, as well as Defense Counsel's employees, other members of the defense team, and defense witnesses, of the contents of this Stipulation and Order; and

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from any new counsel unless and until substituted counsel agrees also to be bound by this Stipulation and Order.

STIPULATION AND ORDER                                               2

1   IT IS SO STIPULATED.

3   DATED:   August 3, 2021

*/s/ Meghan McLoughlin*
MEGHAN MCLOUGHLIN
COUNSEL FOR DARYOL RICHMOND

*/s/ Joseph Barton*
JOSEPH BARTON
COUNSEL FOR UNITED STATES

STIPULATION AND ORDER                         3

1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JOSEPH D. BARTON
   MELANIE L. ALSWORTH
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                       IN THE UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:21-CR-00184-DAD-BAM
12 |                         Plaintiff,     | **PROTECTIVE ORDER BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION**
13 |                  v.                    |
14 | DARYOL RICHMOND, aka "Nutcase,"        |
   | "Nuttcase," and "Nuttcase 3x,"         |
15 | TELVIN BREAUX, aka "AJ" and "Lilcup,"  |
   | and                                    |
16 | HOLLY WHITE,                           |
17 |                         Defendants.    |

18

19                                        ORDER
20
21     For good cause shown, the stipulation between counsel dated August 3, 2021, in Case No. 1:21-
22 cr-00184-DAD-BAM, regarding discovery and treatment of Protected Information is approved.
23 IT IS SO ORDERED.
24
       Dated:   **August 4, 2021**             /s/ Barbara A. McAuliffe
25                                          UNITED STATES MAGISTRATE JUDGE
26
27
28

STIPULATION AND ORDER                        4