PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x," <br> TELVIN BREAUX, aka "AJ" and "Lilcup," and HOLLY WHITE, <br><br> Defendants. | Case No. 1:21-cr-00184-DAD-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER <br><br> DATE: October 13, 2021 <br><br><br> TIME: 1:00 p.m. <br> JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for October 13, 2021, at 1:00 p.m., for all three defendants may be continued until January 26, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Defense counsel has further investigation to perform in this case and the need for settlement exploration, trial preparation, and discovery review. The parties agree that time under the Speedy Trial Act shall be excluded through January 26, 2022, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties will further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  October 5, 2021

   /s/ Meghan McLoughlin
Meghan McLoughlin
Counsel for Defendant Darvol Richmond

Dated:  October 5, 2021

   /s/ Austin Dove
Austin Dove
Counsel for Defendant Telvin Breaux

Dated:  October 5, 2021

   /s/ Richard Oberto
Richard Oberto
Counsel for Defendant Holly White

Dated:  October 5, 2021

   /s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x," TELVIN BREAUX, aka "AJ" and "Lilcup," and HOLLY WHITE, <br><br> Defendants. | Case No. 1:21-cr-00184-DAD-BAM <br><br> ORDER |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for October 13, 2021, at 1:00 p.m. for all three defendants is continued until **January 26, 2022, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through January 26, 2022, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __October 6, 2021__        /s/ *Barbara A. McAuliffe*
         UNITED STATES MAGISTRATE JUDGE