PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00184-DAD-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO PARTIALLY UNSEAL SUPERSEDING INDICTMENT |
| v. | |
| DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup,"<br>HOLLY WHITE,<br>[REDACTED]<br>and SHANICE WHITE, | |
| Defendants. | |

On December 16, 2021, the defendants were charged in a Superseding Indictment with violations of 18 U.S.C. § 1349 – Conspiracy to Commit Mail Fraud, and 18 U.S.C. §§ 1028A(a)(1) and 2 – Aggravated Identity Theft and Aiding and Abetting.  Defendants Daryol Richmond, Telvin Breaux, and Holly White were already in custody and are scheduled to be arraigned on the indictment in this Court on January 18, 2022.  The remaining defendants, which included Shanice White, were not in custody at that time and the indictment was ordered redacted and sealed as to them.

On January 15, 2022, Shanice White was arrested in the District of Nevada and is scheduled to make her initial appearance there on January 18, 2022.  Therefore, the government moves the Court to

1

order that the Superseding Indictment be partially unsealed as to Shanice White so that she can be arraigned and apprised of the charges against her. The indictment will remain redacted and sealed as to the remaining defendants who are not in custody. A copy of the partially unsealed indictment is attached to this Motion.

DATED: January 17, 2022                Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

By:    /s/ Joseph D. Barton
       JOSEPH D. BARTON
       Assistant U.S. Attorney

| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JOSEPH D. BARTON<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA   93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile:  (559) 497-4099 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>DARYOL RICHMOND, aka "Nutcase,"<br>"Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup,"<br>HOLLY WHITE,<br>[REDACTED]<br>[REDACTED]<br>[REDACTED]<br>[REDACTED] and<br>SHANICE WHITE,<br><br>                  Defendants. | CASE NO. 1:21-CR-00184-DAD-BAM<br><br>ORDER TO PARTIALLY<br>UNSEAL SUPERSEDING INDICTMENT |

   Good cause appearing due to the defendant, Shanice White's, arrest and pending initial appearance in the District of Nevada, it is ordered that the Superseding Indictment be partially unsealed as to her so that she can be arraigned and apprised of the charges against her.

   IT IS SO ORDERED

Dated: January 17, 2022

_____
STANLEY A. BOONE
United States Magistrate Judge

3