PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

          v.

DARYOL RICHMOND, aka "Nutcase,"
"Nuttcase," and "Nuttcase 3x,"
TELVIN BREAUX, aka "AJ" and "Lilcup,"
HOLLY WHITE,
CECELIA ALLEN, aka "Cece" and "Cee Cee,"
FANTASIA BROWN, aka "Tay Tay,"
TONISHA BROWN,
FANTESIA DAVIS, aka "Tesia," and
SHANICE WHITE,

                              Defendants.

CASE NO. 1:21-CR-00184-DAD-BAM

ORDER UNSEALING CASE

Good cause appearing due to the arrest of the remaining two defendants and their pending initial

appearances in the Central District of California, it is hereby ordered that the superseding indictment,

arrest warrant, and other court filings in this case be fully UNSEALED.

IT IS SO ORDERED.

    Dated:   **February 11, 2022**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE