HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DARYOL RICHMOND

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00184-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; ORDER |
| v. | DATE: September 19, 2022 |
| DARYOL RICHMOND, | TIME: 8:30 a.m. |
| Defendant. | COURT: Honorable Dale A. Drozd |

**STIPULATION**

Defendant Daryol Richmond, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 19, 2022.

2. By this stipulation, defendant now moves to continue the sentencing until November 14, 2022 at 8:30 a.m.  As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Mr. Richmond, through counsel, has requested various records related to sentencing mitigation, and has recently received thousands of pages of documents to review.

    b) As a result, he now seeks to continue the sentencing hearing in this case in order to review these documents, discuss them with his attorney, and prepare for the sentencing

hearing.

        c)      This is Mr. Richmond's first request for a continuance. Such a continuance will not prejudice Mr. Richmond, as the plea agreement between the parties stipulates for a sentence of at least 45 months incarceration.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation and argument at the sentencing hearing, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

IT IS SO STIPULATED.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 12, 2022       */s/ Meghan D. McLoughlin*
MEGHAN D. McLOUGHLIN
Counsel for Defendant
DARYOL RICHMOND

Dated: August 12, 2022       */s/ Joseph D. Barton*
JOSEPH D. BARTON
Assistant United States Attorney

**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties, the sentencing in this case is continued until November 14, 2022 at 8:30 a.m. before the then-assigned district judge.

IT IS SO ORDERED.

Dated: __**August 18, 2022**__       _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE