HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DARYOL RICHMOND

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DARYOL RICHMOND,<br><br>                              Defendant. | CASE NO.  1:21-CR-00184-DAD-BAM<br><br>STIPULATION TO CONTINUE SENTENCING DATE;  ORDER<br><br>DATE: November 14, 2022<br>TIME: 8:30 a.m.<br>COURT: Honorable Ana De Alba |

## STIPULATION

Defendant Daryol Richmond, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for sentencing on November 14, 2022.

2.      By this stipulation, defendant now moves to continue the sentencing until December 12, 2022 at 8:30 a.m. As this is a sentencing and a change of plea has already been entered, no exclusion of time under the Speedy Trial Act is required.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Mr. Richmond was transferred from the custody of the United States Marshal to the custody of California Department

of Corrections and Rehabilitation in March 2022.

b)      While in state custody, defense counsel has been unable to contact Mr. Richmond

to meaningfully review the draft Presentence Investigation Report in order to comply with related deadlines based on the current sentencing date of November 14, 2022. This is, in part, due to Mr. Richmond being transferred with in the California prison system.

c)      As a result, Mr. Richmond requests a short continuance to have more time to discuss the Presentence Investigation Report and prepare for sentencing.

d)      Defense Counsel is confident that she will be able to talk with Mr. Richmond soon, and will be prepared to meet all related deadlines for sentencing on the requested date of December 12, 2022.

e)      This is Mr. Richmond's second request for a continuance, however, such a continuance will not prejudice Mr. Richmond, as the plea agreement between the parties stipulates for a sentence of at least 45 months incarceration.

f)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation and argument at the sentencing hearing, taking into account the exercise of due diligence.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1           g)     The government does not object to the continuance.

2       IT IS SO STIPULATED.

5                              Respectfully submitted,

7                              HEATHER E. WILLIAMS
                          Federal Defender

8    Dated: October 27, 2022          */s/ Meghan D. McLoughlin*

9                              MEGHAN D. McLOUGHLIN
                          Counsel for Defendant
                          DARYOL RICHMOND

11   Dated: October 27, 2022          */s/ Joseph D. Barton*
                          JOSEPH D. BARTON

12                             Assistant United States Attorney

15   IT IS SO ORDERED.

16      Dated:   October 28, 2022

                          UNITED STATES DISTRICT JUDGE