**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FILED**

Nov 18, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARYOL RICHMOND,

Defendant.

CASE NO: 1:21-CR-00184-ADA-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   Daryol Richmond

Detained at          R.J. Donovan Correctional Facility

Detainee is:    a.)  ☒ charged in this district by:   ☒ Indictment  ☐ Information  ☐ Complaint
                     charging detainee with:   18 USC 1349 and 18 USC 1028A(a)(1)

     or    b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)  ☐ return to the custody of detaining facility upon termination of proceedings
     or    b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
                     is currently being served at the detaining facility

***Appearance is necessary on MONDAY, DECEMBER 12, 2022, AT 8:30 A.M. for sentencing***

Signature:                   */s/ Joseph Barton*
Printed Name & Phone No:     Joseph Barton, 559-497-4049
Attorney of Record for:      United States

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  **Nov 18, 2022**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if          Nutcase, Nuttcase, Nuttcase 3x          ☒Male  ☐Female
Booking or CDC #:   CDCR # AP9213                           DOB:    02/10/1991
Facility Address:   480 Alta Road, San Diego, CA 92179     Race:   African American
Facility Phone:     (619) 661-6500                          FBI#:   373014JC8
Currently

## RETURN OF SERVICE

Executed on:

(signature)