HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DARYOL RICHMOND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:21-CR-00184-ADA-BAM |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| DARYOL RICHMOND, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits D and E to Defendant's Sentencing Memorandum be granted so that the confidential CDCR and medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:   December 6, 2022

UNITED STATES DISTRICT JUDGE

-1-