# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.

**DARYOL RICHMOND,**

        Defendant.

CASE NO: 1:21-CR-00184-ADA-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Daryol Richmond |
| Detained at | R.J. Donovan Correctional Facility |

Detainee is:

a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
    charging detainee with: 18 USC 1349 and 18 USC 1028A(a)(1)

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on MONDAY, DECEMBER 19, 2022, AT 8:30 A.M. for sentencing*

| | |
|---|---|
| Signature: | */s/ Joseph Barton* |
| Printed Name & Phone No: | Joseph Barton, 559-497-4049 |
| Attorney of Record for: | United States |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 12/9/22

*B. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Nutcase, Nuttcase, Nuttcase 3x | ☒Male ☐Female | |
| Booking or CDC #: | CDCR # AP9213 | DOB: | 02/10/1991 |
| Facility Address: | 480 Alta Road, San Diego, CA 92179 | Race: | African American |
| Facility Phone: | (619) 661-6500 | FBI#: | 373014JC8 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                            (signature)