1    PHILLIP A. TALBERT
     United States Attorney
2    JOSEPH D. BARTON
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone: (559) 497-4000
     Facsimile:  (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| 12  UNITED STATES OF AMERICA | Case No. 1:21-cr-00184-DAD-BAM |
|---|---|
| 13              Plaintiff, | GOVERNMENT'S MOTION TO DISMISS AS TO DEFENDANT DARYOL |
| 14 | RICHMOND;  ORDER |
| 15        v. | |
| 16  DARYOL RICHMOND, | DATE:     December 19, 2022 |
| 17 | TIME:       1:00 p.m. |
| | JUDGE:    Hon. Ana de Alba |
| 18              Defendant. | |

19

20        On December 19, 2022, the defendant, Daryol Richmond, was sentenced by the

21   Honorable Ana de Alba following his guilty plea to Counts One and Two of the Superseding

22   Indictment in this case.  The government mistakenly did not move to dismiss Count Three of the

23   Superseding Indictment as to Mr. Richmond without prejudice pursuant to the parties' plea

24   agreement.  Therefore, the government now moves to dismiss Count Three as to Mr. Richmond

25   without prejudice.  Mr. Richmond does not oppose this motion.

26

27    Dated:    December 19, 2022
                                          */s/ Joseph Barton*
                                          JOSEPH BARTON
28                                        Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00184-DAD-BAM |
| Plaintiff, | ORDER |
| v. | |
| DARYOL RICHMOND, | |
| Defendant. | |

**ORDER**

Upon the government's motion and for good cause shown, Count Three of the Superseding Indictment in this case is dismissed as to defendant Daryol Richmond without prejudice.

IT IS SO ORDERED.

Dated:   December 19, 2022

_____
UNITED STATES DISTRICT JUDGE