1
Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2
2300 Tulare Street, Suite 250
Fresno, California 93721
3
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
4
mike@fresnocriminalattorney.com

5
Attorney for Defendant
FANTESIA DAVIS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,          Case No.    1:21-cr-00184-ADA-BAM

12            Plaintiff,            **STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING**

13        v.

14
DARYOL RICHMOND, *et al*,

15            Defendants.

16

17                       **STIPULATION**

18        Defendant Fantesia Davis, by her counsel Michael McKneely, and the United

19   States of America through its counsel Assistant United States Attorney Joseph Barton,

20   hereby stipulate as follows:

21        1.      By previous order (ECF 241) this matter was set for sentencing on

22   February 5, 2024.

23        2.      Defense counsel has planned vacation during the period between the

24   scheduled release of the draft presentence report and the deadline for informal

25   objections. A four week continuance would make it possible for defense counsel to

26   review the draft report with his client prior to the deadline to submit informal

27   objections.

28        3.      The parties stipulate that good cause exists to continue the sentencing in

1   this matter to March 4, 2024 and that all other associated interim deadlines be

2   recalculated for a March 4, 2024 sentencing.

3          4.      Counsel has spoken with United States Probation Officer Ross Micheli and

4   he concurs with this proposal.

5          IT IS SO STIPULATED

6   DATED: November 7, 2023              McKNEELY LAW FIRM

7                                        By:   s/ Michael McKneely

8                                              Michael McKneely
                                               Attorneys for Fantesia Davis

9   DATED: November 7, 2023              PHILLIP A. TALBERT

10                                       United States Attorney

11                                       By:   s/ Joseph Barton by authorization

12                                             JOSEPH BARTON
                                               Assistant United States Attorneys

13

14                                **ORDER**

15         Based upon the stipulation and representations of the parties, the Court orders

16   the sentencing in this matter be reset to March 4, 2024 at 8:30 a.m.

17

18

19   IT IS SO ORDERED.

20

     Dated:    November 9, 2023

21                                       _____
                                         UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150